IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO. 05-20049 CIV-HUCK

JOSE CALAS and ODALYS LABARCA,
as natural parents and legal
guardians of JOSE CALAS, a minor,

    Plaintiffs,

v.

ABBOTT LABORATORIES, an
Illinois Corporation, ECKERD
CORPORATION, INC., a Rhode Island
Corporation,

    Defendants
_____/

## ORDER ON PLAINTIFFS' PETITION FOR APPROVAL OF SETTLEMENT

THIS CAUSE came before the Court on Plaintiffs' Petition for Approval of Settlement, filed on April 15, 2008. (D.E. 53). Also before the Court is Plaintiffs' Notice of Filing Affidavit of Julio Jaramillo, Esq. in Support of Plaintiffs' Petition for Approval of Settlement filed on April 24, 2008.

THIS COURT has reviewed the file, the pertinent portions of the record, heard the argument of counsel on April 22, 2008, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Plaintiffs' Petition for Approval of Settlement (D.E. 53) is GRANTED. The Court approves the settlement negotiated and entered into by the parties and which the parties represent to be a fair and reasonable resolution of Plaintiffs' claims against Defendants. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

DONE and ORDERED in Chambers, at Miami, Florida, this 25 day of april, 2008.

PAUL C. HUCK
UNITED STATES. DISTRICT JUDGE

Copies furnished to:
Alexander Alvarez, Esq.
Anthony N. Upshaw, Esq